UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GAIL A. QUINONES,

    Plaintiff,

v.                                Case No: 6:15-cv-1068-Orl-28TBS

SIEMENS INDUSTRY, INC. and
RUSSELL CHILDRESS,

    Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion for Dismissal With Prejudice (Doc. 45) filed by Plaintiff Gail Quinones and Defendant Russell Childress, in which, by stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), these parties dismiss with prejudice Plaintiff's claim against Childress. The Court previously approved the settlement between Plaintiff and the other Defendant, Siemens Industry, Inc. (Order, Doc. 44). Accordingly, it is **ORDERED** as follows:

    1.    All claims in this case are **DISMISSED with prejudice**.

    2.    The Clerk is directed to close this case.

**DONE and ORDERED** in Orlando, Florida, on October 27, 2016.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record